IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FREDRICKSBURG ROYALTY, LTD, on behalf of itself and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>XTO ENERGY, INC.,<br><br>　　　　　　　Defendant. | CV 20-154-BLG-SPW-TJC<br><br>**ORDER** |

　　　Defendant XTO Energy Inc. moves for the admission of Elizabeth L. Tiblets to practice before this Court in this case with W. Scott Mitchell to act as local counsel. Ms. Tiblets' application appears to be in order.

　　　Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Ms. Tiblets pro hac vice is GRANTED on the condition that Ms. Tiblets shall do her own work. This means that Ms. Tiblets must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Ms. Tiblets shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Tiblets may move for the admission pro hac vice of

one (1) associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Tiblets.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Tiblets within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 30th day of November, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge